IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16-cr-44 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | COUNT ONE: CORRUPT ENDEAVOR TO OBSTRUCT AND |
| JAMES WRIGHT, | : | IMPEDE DUE ADMINISTRATION OF INTERNAL REVENUE LAWS |
| Defendant. | : | |
| | | VERDICT FORM |

We, the jury, upon the issues joined in this case, do find the Defendant, James Wright, __Not Guilty__* of corruptly endeavoring to obstruct and impede the due administration of internal revenue laws, on or about February 28, 2001, and continuing thereafter up to and including on or about March 25, 2011, in the Southern District of Ohio and elsewhere, while he was the subject of pending IRS actions of which he was aware, as charged in Count One of the Indictment.

*Insert the word(s) "Guilty" or "Not Guilty" according to your findings.

Regardless of whether you find the Defendant guilty or not guilty as to Count One, please proceed to Count Two.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16-cr-44 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | COUNT TWO: AIDING AND ASSISTING IN THE FILING OF |
| JAMES WRIGHT, | : | FALSE TAX RETURNS |
| Defendant. | : | VERDICT FORM |

We, the jury, upon the issues joined in this case, do find the Defendant, James Wright, ___Guilty___ * of aiding and assisting in the filing of Form 1120 in the name of B&P Company, Inc., for the tax year 2008, which was false and fraudulent as to one or more material matters, on or about October 12, 2010, in the Southern District of Ohio and elsewhere, as charged in Count Two of the Indictment.

Regardless of whether you find the Defendant guilty or not guilty as to Count Two, please proceed to Count Three.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16-cr-44 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | COUNT THREE: AIDING AND ASSISTING IN THE FILING OF FALSE TAX RETURNS |
| JAMES WRIGHT, | : | |
| Defendant. | : | VERDICT FORM |

We, the jury, upon the issues joined in this case, do find the Defendant, JAMES WRIGHT, ___Guilty___* of aiding and assisting in the filing of Form 1120 in the name of B&P Company, Inc., for the tax year 2009, which was false and fraudulent as to one or more material matters, on or about October 8, 2010, in the Southern District of Ohio and elsewhere, as charged in Count Three of the Indictment.

*Insert the word(s) "Guilty" or "Not Guilty" according to your findings.

Regardless of whether you find the Defendant guilty or not guilty as to Count Three, please proceed to Count Four.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16-cr-44 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | COUNT FOUR: FILING FALSE TAX RETURNS |
| JAMES WRIGHT, | : | |
| | | VERDICT FORM |
| Defendant. | : | |

We, the jury, upon the issues joined in this case, do find the Defendant, James Wright, ___Guilty___* of making and subscribing Form 990-PF in the name of Fore Fathers Foundation for the tax year 2008, which was verified by a written declaration that the Form was made under penalty of perjury, and which he did not believe to be true and correct as to every material matter, on or about August 14, 2009, in the Southern District of Ohio and elsewhere, as charged in Count Four of the Indictment.

*Insert the word(s) "Guilty" or "Not Guilty" according to your findings.

Regardless of whether you find the Defendant guilty or not guilty as to Count Four, please proceed to Count Five.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16-cr-44 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | COUNT FIVE: FILING FALSE TAX RETURNS |
| JAMES WRIGHT, | : | |
| | : | VERDICT FORM |
| Defendant. | : | |

We, the jury, upon the issues joined in this case, do find the Defendant, James Wright, _____Guilty_____* of making and subscribing Form 990-PF in the name of Fore Fathers Foundation for the tax year 2009, which was verified by a written declaration that the Form was made under penalty of perjury, and which he did not believe to be true and correct as to every material matter, on or about August 17, 2010, in the Southern District of Ohio and elsewhere, as charged in Count Five of the Indictment.

*Insert the word(s) "Guilty" or "Not Guilty" according to your findings.

Regardless of whether you find the Defendant guilty or not guilty as to Count Five, please proceed to Count Six.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16-cr-44 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | COUNT SIX: FILING FALSE TAX RETURNS |
| JAMES WRIGHT, | : | |
| | | VERDICT FORM |
| Defendant. | : | |

We, the jury, upon the issues joined in this case, do find the Defendant, James Wright, _____Guilty_____* of making and subscribing Form 1040 in the names of himself and his wife for the tax year 2008, which was verified by a written declaration that the Form was made under penalty of perjury, and which he did not believe to be true and correct as to every material matter, on or about April 25, 2010, in the Southern District of Ohio and elsewhere, as charged in Count Six of the Indictment.

*Insert the word(s) "Guilty" or "Not Guilty" according to your findings.

Regardless of whether you find the Defendant guilty or not guilty as to Count Six, please proceed to Count Seven.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16-cr-44 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | COUNT SEVEN: FILING FALSE TAX RETURNS |
| JAMES WRIGHT, | : | |
| | | VERDICT FORM |
| Defendant. | : | |

We, the jury, upon the issues joined in this case, do find the Defendant, James Wright, _____Guilty_____ * of making and subscribing Form 1040 in the names of himself and his wife for the tax year 2009, which was verified by a written declaration that the Form was made under penalty of perjury, and which he did not believe to be true and correct as to every material matter, on or about August 30, 2011, in the Southern District of Ohio and elsewhere, as charged in Count Seven of the Indictment.

*Insert the word(s) "Guilty" or "Not Guilty" according to your findings.

Regardless of whether you find the Defendant guilty or not guilty as to Count Seven, please proceed to Count Eight.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16-cr-44 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | COUNT EIGHT: FILING FALSE TAX RETURNS |
| JAMES WRIGHT, | : | VERDICT FORM |
| Defendant. | : | |

We, the jury, upon the issues joined in this case, do find the Defendant, James Wright, ____*Guilty*____* of making and subscribing Form 1040 in the names of himself and his wife for the tax year 2010, which was verified by a written declaration that the Form was made under penalty of perjury, and which he did not believe to be true and correct as to every material matter, on or about August 30, 2011, in the Southern District of Ohio and elsewhere, as charged in Count Eight of the Indictment.

*Insert the word(s) "Guilty" or "Not Guilty" according to your findings.

Your deliberations are complete.