IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

       vs.

JAMES L. WRIGHT,

        Defendant.

:
:
:
:
:
:

Case No. 3:16cr44

JUDGE WALTER H. RICE

---

ENTRY RESETTING SENTENCING DATE; DATE SET FOR FILING OF
OBJECTIONS AND FOLLOW-ON MEMORANDA; REQUEST OF COUNSEL

---

During a January 31, 2018, telephone conference call held between Court and counsel, upon the record, the following matters were discussed and determined:

1.     Sentencing, heretofore set for Monday, March 5, 2018, is reset for 9:00 a.m. on Friday, May 11, 2018.

2.     Defendant will file his objections to the Presentence Report, with specific emphasis on the amount of loss figure for sentencing purposes, no later than the close of business on Friday, February 23, 2018. The Government's memorandum contra will be filed not later than the close of business on Wednesday, March 21, 2018, with any reply deemed necessary by the Defendant filed not later than the close of business on Thursday, April 5, 2018.

3.     Once the objections are at issue, following Defendant's reply memorandum on April 5, 2018, the Court will review all materials on the issue at hand and will determine whether an oral and evidentiary hearing is needed. If so, same will take place at 9:00 a.m. on May 11, 2018, with sentencing to follow upon a mutually agreed upon date thereafter. If the Court

deems that no oral and evidentiary hearing is needed, the Court will, of course, entertain argument on the objections on the aforesaid May 11, 2018, which will be immediately followed by a sentencing hearing and the imposition of sentencing.

Counsel will be notified of the Court's preferred alternative well in advance of the May 11th date.

February 2, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record