IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 3:16-cr-044 |
| | ) Judge Walter Herbert Rice |
| JAMES L. WRIGHT, | ) |
| Defendant. | ) |

### ORDER EXTENDING DEFENDANT'S SELF-REPORT DATE

Upon Defendant's unopposed motion in the above-captioned case requesting a thirty-day extension of his self-report date, and for the reasons specified therein, it is hereby

**ORDERED** that Defendant James L. Wright's self-report date is extended by thirty days, and he must now self-report to the facility designated by the Bureau of Prisons on or before Monday, April 8, 2019.

SO ORDERED:

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE