IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES WRIGHT,

    Defendant.

: Case No. 3:16cr44

: JUDGE WALTER H. RICE

---

ORDER DELAYING EXECUTION OF SENTENCE

---

For good cause shown, it is hereby ordered that the Defendant's execution of sentence be delayed for thirty days. The United States Marshal is to seek a designation for on or after May 8, 2019.

April 5, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal